Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 CR 693 | **DATE** | 7/6/2001 |
| **CASE TITLE** | USA vs. Suray Mansour | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
      ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Mansour's application to proceed in forma pauperis is denied. Mansour's motion for appointment of counsel is denied. Mansour is advised, however, that he may renew the Motion before the Court of Appeals.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | | number of notices |
| | Notices mailed by judge's staff. | | JUL 09 2001 |
| | Notified counsel by telephone. | | date docketed |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | | docketing deputy initials |
| | Copy to judge/magistrate judge. | FILED FOR DOCKETING 01 JUL -6 PM 3:05 | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice / mailing deputy initials |

Document Number: 50

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 00 CR 693
)
SURAY MANSOUR, )
)
Defendant. )

MEMORANDUM ORDER

Suray Mansour ("Mansour"), who was represented by retained counsel through the trial and ensuing sentencing in this case, has filed self-prepared forms of Application To Proceed Without Prepayment of Fees ("Application") and Motion for Appointment of Counsel ("Motion"), in each instance by filling in the blanks in the form document provided by the Clerk's Office for that purpose. This Court has already denied the Application, because Mansour's reported bank balance of some $1,200 is obviously sufficient to enable him to pay the $105 in appellate fees. This memorandum order addresses the remaining matter of his request for appointment of counsel to handle his appeal, as set out in the Motion.

On that score it appears that Mansour qualifies financially, because the Application does not reflect enough in the way of assets to enable him to pay for a lawyer at conventional market rates. It is true that Mansour has left blank Motion ¶2, which calls for him to state what attempts he has made to retain



counsel to represent him, but this Court will not base its denial of the Motion on that failure. Instead the controlling factors are (1) that the proof at trial of Mansour's guilt of the charged offense (a violation of 18 U.S.C. §201(c)(1)) was overwhelming (beyond a reasonable doubt may be an understatement), (2) that he was sentenced within the prescribed guideline range and (3) that he has identified nothing as a good faith basis for reversal on appeal of either his conviction or his sentence.

Accordingly the Motion is denied. Mansour is advised, however, that he may renew the Motion before the Court of Appeals.

/s/ Milton I. Shadur
Milton I. Shadur
Senior United States District Judge

Date: July 6, 2001

2